AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

|  |  |  |
|---|---|---|
| BFL METAL PRODUCTS CO. LTD.,<br>a Chinese Limited Company,<br><br>_____<br>*Plaintiff(s)*<br>v.<br>EYAL NAHUM GROUP MANUFACTURE<br>CO. LTD. INTERNATIONAL D/B/A<br>EYAL NAHUM GROUP, a Foreign Limited Company,<br>et al.<br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No.   1:23-cv-20986-KMM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Eyal Nahum Group Manufacture Co. Ltd. International d/b/a Eyal Nahum Group
Room 1702, Unit 2, Binjiang International, Jiangbin North Road, 393,
Yiwu, Zhejiang, China 32000

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Robert H. Thornburg, Esq.
Allen, Dyer, Doppelt + Gilchrist, P.A.
1221 Brickell Ave., Suite 2400
Miami, FL  33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:   Mar 14, 2023
_____

*s/ R. Bissainthe*
_____
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| BFL METAL PRODUCTS CO. LTD.,<br>a Chinese Limited Company,<br><br>_____<br>*Plaintiff(s)*<br>v.<br>EYAL NAHUM GROUP MANUFACTURE<br>CO. LTD. INTERNATIONAL D/B/A<br>EYAL NAHUM GROUP, a Foreign Limited Company,<br>et al.<br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.  1:23-cv-20986-KMM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Globus Global Manufacturing & Trading Co. Ltd.
Bin Jiang North Road, 393, Room 2702, Unit 1
Yiwu, Zhenjiang, China

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Robert H. Thornburg, Esq.
Allen, Dyer, Doppelt + Gilchrist, P.A.
1221 Brickell Ave., Suite 2400
Miami, FL  33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  Mar 14, 2023
_____



**SUMMONS**

*s/ R. Bissainthe*
_____
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | | |
|---|---|---|
| BFL METAL PRODUCTS CO. LTD.,<br>a Chinese Limited Company,<br><br>_____<br>*Plaintiff(s)*<br>v.<br>EYAL NAHUM GROUP MANUFACTURE<br>CO. LTD. INTERNATIONAL D/B/A<br>EYAL NAHUM GROUP, a Foreign Limited Company,<br>et al.<br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No.  1:23-cv-20986-KMM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Zhen Zhen Trade Co. Ltd.
Bin Jiang North Road, 393, Room 2702, Unit 1
Yiwu, Zhenjiang, China

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Robert H. Thornburg, Esq.
Allen, Dyer, Doppelt + Gilchrist, P.A.
1221 Brickell Ave., Suite 2400
Miami, FL  33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  Mar 14, 2023
_____



**SUMMONS**

*s/ R. Bissainthe*
_____
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| BFL METAL PRODUCTS CO. LTD., a Chinese Limited Company, <br><br> _Plaintiff(s)_ <br><br> v. <br><br> EYAL NAHUM GROUP MANUFACTURE CO. LTD. INTERNATIONAL D/B/A EYAL NAHUM GROUP, a Foreign Limited Company, et al. <br> _Defendant(s)_ | ) ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No.   1:23-cv-20986-KMM

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  Huang Hai Industrial Co. Ltd.
Qianhai Road, Nanshan District, Shenzhen, Guangdong
HONG KONG

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Robert H. Thornburg, Esq.
Allen, Dyer, Doppelt + Gilchrist, P.A.
1221 Brickell Ave., Suite 2400
Miami, FL  33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:   Mar 14, 2023
_____



**SUMMONS**

_s/ R. Bissainthe_
_____
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | | |
|---|---|---|
| BFL METAL PRODUCTS CO. LTD.,<br>a Chinese Limited Company, | ) ) ) ) | |
| _Plaintiff(s)_ | ) ) | |
| v. | ) | Civil Action No.   1:23-cv-20986-KMM |
| EYAL NAHUM GROUP MANUFACTURE<br>CO. LTD. INTERNATIONAL D/B/A<br>EYAL NAHUM GROUP, a Foreign Limited Company,<br>et al. | ) ) ) ) | |
| _Defendant(s)_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_   Eyal Yalik Nahum
Globus Global Manufacturing & Trading Co. Ltd.
Bin Jiang North Road, 393, Room 2702, Unit 1
Yiwu, Zhenjiang, China

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Robert H. Thornburg, Esq.
Allen, Dyer, Doppelt + Gilchrist, P.A.
1221 Brickell Ave., Suite 2400
Miami, FL  33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _Mar 14, 2023_



**SUMMONS**

_s/ R. Bissainthe_

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| BFL METAL PRODUCTS CO. LTD., a Chinese Limited Company, <br><br> *Plaintiff(s)* <br><br> v. <br><br> EYAL NAHUM GROUP MANUFACTURE CO. LTD. INTERNATIONAL D/B/A EYAL NAHUM GROUP, a Foreign Limited Company, et al. <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No.   1:23-cv-20986-KMM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Melanie Bar
Shenzhen, China

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Robert H. Thornburg, Esq.
Allen, Dyer, Doppelt + Gilchrist, P.A.
1221 Brickell Ave., Suite 2400
Miami, FL  33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:   Mar 14, 2023
_____

**SUMMONS**



*s/ R. Bissainthe*
_____
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court